1  RYAN KROMHOLZ & MANION, S.C.
   DANIEL R. JOHNSON, WI Bar No. 1033981
2  djohnson@rkmiplaw.com
   P.O. BOX 26618
3  Milwaukee, WI  53226-0618
   TELEPHONE: (262) 783-1300
4  FACSIMILE: (262) 783-1211

5  HANSON BRIDGETT LLP
   STEPHEN B. PECK - 72214
6  speck@hansonbridgett.com
   425 Market Street, 26th Floor
7  San Francisco, CA  94105
   TELEPHONE:  (415) 777-3200
8  FACSIMILE:  (415) 541-9366

9  Attorneys for Defendant Bajer Design & Marketing, Inc.

**E-Filed 11/22/2010**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC.,<br><br>     Defendants. | No. CV10-00966 JF PVT<br>ORDER APPROVING<br>**JOINT STIPULATION TO SEVER DEFENDANT BAJER DESIGN & MARKETING, INC.**<br><br>Complaint Filed:  March 5, 2010 |


1     WHEREAS, Plaintiff San Francisco Technology Inc. ("SF Tech") filed its Complaint (Docket No. 1) on March 5, 2010 (the "Complaint") alleging that numerous defendants have falsely marked articles in violation of 35 U.S.C. § 292;

    WHEREAS, Defendant Bajer Design & Marketing, Inc. ("Bajer") previously filed a Motion To Dismiss For Failure To State A Claim (the "Motion To Dismiss");

    WHEREAS, on May 28, 2010, this Court entered a stipulation staying the hearing on Bajer's Motion To Dismiss and all proceedings as to Bajer and certain other defendants until the Federal Circuit entered a decision in *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430, 2009-1453 ("Stauffer") (D.I. 189) (the "Stipulated Stay");

    WHEREAS, this Court's Order Re Pending Motions on July 19, 2010 (Docket No. 315) ordered that "this action is hereby severed as to each and every separate defendant" (at 21:16–18), but did not instruct the Clerk to open a new case number as to Bajer (the "July Order");

    WHEREAS, the Federal Circuit entered a decision in *Stauffer* on August 31, 2010, and, accordingly on October 14, 2010, this Court issued an Order lifting "the stay of litigation imposed by" the July Order, in, among others, Case No. 5:10-cv-00966 *San Francisco Technology Inc. v. Bajer Design & Marketing, Inc.* (D.I. 319) ("October Order");

    WHEREAS, at the November 5, 2010 Case Management Conferences involving Plaintiff and other defendants from the Original Case, this Court ruled from the bench that all responsive motions in all of Plaintiff's cases still pending from the Original Case should be heard on Thursday, January 20, 2011 at 1:30 p.m., and that the Local Rules' normal 35-day briefing schedule shall apply;

    THEREFORE, for the avoidance of doubt, the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

    1.    The Complaint against Bajer will be formally severed into a separate action, and will be assigned a new case number for the matter *San Francisco Technology Inc. v. Bajer Design & Marketing, Inc.*

- 2 -

2. The October Order lifts the Stipulated Stay as to Bajer.

3. Bajer's responsive pleadings are due no later than December 1, 2010.

Dated: November 22, 2010

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

DATED: November 11, 2010              Respectfully submitted,

/s/ Daniel H. Fingerman (with permission)
Daniel H. Fingerman
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Counsel for Plaintiff
San Francisco Technology Inc.

/s/ Daniel R. Johnson  (with permission)
DANIEL R. JOHNSON
RYAN KROMHOLZ & MANION, S.C.
P.O. BOX 26618
Milwaukee, WI  53226-0618
Telephone: (262) 783-1300
Facsimile: (262) 783-1211

Counsel for Defendant Bajer Design & Marketing, Inc.

**Certificate of Service**

The undersigned certifies that on November 11, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: November 11, 2010

_/s/ Ym Pete_
Yvonne M. Pete