Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
          blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Bajer Design & Marketing Inc.<br><br>Defendant | Case No. 5:10-cv-05295-JF-PSG<br><br>**Stipulation and [Proposed] Order to Continue Hearing on Bajer's Motions to Complete Settlement**<br><br>Date:   July 8, 2011<br>Time:   9:00 a.m.<br>Room:  Courtroom 3, 5th Floor<br>Judge:  Jeremy Fogel |
|---|---|

1   The parties stipulate and request that the court enter an order as follows:

2   1.   The parties have reached a settlement which would result in the dismissal of this case and avoid the need for motion practice and trial. The parties request a continuance of the scheduled hearing on July 8, 2011 of all motions filed by Defendant Bajer Design & Marketing Inc. ("Bajer") in this case to provide the parties with time to agree upon and execute a formal settlement agreement and dismissal with prejudice.

3   2.   Defendant Bajer's motions to dismiss and motions to stay are currently scheduled for hearing on Friday, July 8, 2011 at 9:00 a.m.

4   3.   The parties request that the court continue the hearing on these motions to allow time for the parties to negotiate and execute a formal written settlement agreement and to dismiss this case. The parties request that the court continue the motion hearing to its next available hearing date, but in no event before July 22, 2011.

In accordance with General Order 45.X.B., Benjamin R. Lemke, counsel for SF Tech, attests that each other signatory listed below has concurred in this filing.

Date: July 7, 2011    Mount, Spelman & Fingerman, P.C.,
                      /s/ Benjamin R. Lemke
                      Counsel for San Francisco Technology Inc.

Date: July 7, 2011    Ryan Kromholz & Manion, S.C.
                      /s/ Daniel Richard Johnson
                      Counsel for Bajer Design & Marketing Inc.

Pursuant to stipulation, it is so ordered.
Date: 7/7/11

Jeremy Fogel, U.S. District Judge

Case No. 5:10-cv-05295-JF-PSG                                                                 Page 1
Stipulation and [Proposed] Order to Continue Hearing on Bajer's Motions to Complete Settlement

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: July 7, 2011

Mount, Spelman & Fingerman, P.C.,
/s/ Benjamin R. Lemke
Counsel for San Francisco Technology Inc.